**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-03269-CMA-KLM

DAVID HARRISON,

     Plaintiff,

v.

TAURUS ARMAS, S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.

     Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TAURUS ARMAS, S.A.**

---

Plaintiff David Harrison, by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal of Defendant Taurus Armas, S.A. without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: February 1, 2021.

          Respectfully submitted,

          */s/Andrew C. Quisenberry*
          Andrew C. Quisenberry, Esq.
          J. Howard Thigpen, Esq.
          BACHUS & SCHANKER, LLC
          101 West Colfax Avenue, Suite 650
          Denver, CO 80202
          Telephone: 303.893.9800
          Fax: 303.893.9900
          Andrew.Quisenberry@coloradolaw.net
          Howard.Thigpen@coloradolaw.net

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TAURUS ARMAS, S.A.** was filed via CM/ECF, causing an electronic copy to be served on the following:

Theresa Wardon Benz
Shawn K. Neal
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
benz@wtotrial.com
neal@wtotrial.com

John F. Weeks IV
Benjamin e. Reed
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Promenade, Suite 3100
Atlanta, Georgia 30309
Tel: 404-815-3500
Fax: 404-815-3509
jweeks@sgrlaw.com
breed@sgrlaw.com

Attorneys for Defendants

/s/Andrew C. Quisenberry
Andrew C. Quisenberry